## ROSALIE HOOKER HUTCHINSON v. NATHAN SHAYNE

24 So. (2nd) 804                                    January Term, 1946
February 5, 1946                                    Division B

*Robert C. Lane* and *Alfred E. Sapp,* for appellants.

*William Kirtley* and *Lewis H. Fogle, Jr.,* for appellee.

PER CURIAM:

The judgment appealed from should be affirmed without prejudice to the right of the appellant to institute a suit in equity for the foreclosure of the equitable estate or interest claimed by the appellee. See Aycock Bros. Lumber Co. v. First Nat. Bank, 54 Fla. 604, 45 So. 501, 506.

It is so ordered.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.